**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1463**

In Re:  LOUISE BURTON-ALSTON,

                    Debtor.

--------------------------------------

FELICIA SPRINCENATU,

                    Plaintiff - Appellant,

          v.

RICHARD M. HUTSON, II, Trustee,

                    Trustee - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. James A. Beaty, Jr., Chief District Judge. (1:06-cv-00765-JAB; BK-97-16333)

Submitted:  July 31, 2008          Decided:  August 7, 2008

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Felicia Sprincenatu, Appellant Pro Se.  Benjamin Eric Lovell, CHAPTER 13 OFFICE DURHAM, Durham, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Felicia Sprincenatu appeals the district court's order adopting the magistrate judge's recommendation to dismiss her appeal from the bankruptcy court's orders denying her motion to reopen the underlying bankruptcy proceeding.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>Sprincenatu v. Hutson</u>, Nos. 1:06-cv-00765-JAB; BK-97-16333 (M.D.N.C. Mar. 19, 2008).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>